UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-378-FDW

| | |
|---|---|
| LEONARD A. GIVENS, ) | |
| ) | |
|        **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| DAVID AARON, et al., ) | |
| ) | |
|        **Defendants.** ) | |
| ) | |

**THIS MATTER** is before the Court on a periodic status review of Plaintiff's action filed pursuant to 42 U.S.C. § 1983, on July 9, 2014. On March 10, 2015, this Court entered an Order directing service of process on various Defendants. (Doc. No. 14). The Clerk's office mailed summonses forms to Plaintiff on the same date to be returned to the Clerk for processing, but Plaintiff has not returned the summons forms to the Clerk for service of process by the U.S. Marshal.[1]

**IT IS, THEREFORE, ORDERED that:**

(1) Plaintiff **shall have fourteen days from service of this Order** in which to either return the filled-out summons forms to the Clerk for service of process on the remaining Defendants or to respond to this Order showing cause for why he has not returned the summons forms to the Clerk for service of process. If Plaintiff fails to respond to this Order, this action will be dismissed without prejudice and without

---

[1] The Court's Order required Plaintiff to return summons forms for the Defendants whose names were known to Plaintiff at that time. The North Carolina Department of Public Safety has since then supplied additional names of various Defendants to Plaintiff, Doc. No. 18, but Plaintiff has not returned any of the summons forms to the Court for service by the U.S. Marshal.

further notice to Plaintiff.

_____
Frank D. Whitney
Chief United States District Judge