# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Leonard A. Givens**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00378-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| David Aaron | ) | |
| David R. Mitchell | | |
| Timothy Reynolds | | |
| Matthew Boone | | |
| John Doe 1-5 | | |
| Manuel Zaccheus | | |
| Louis Griffin | | |
| John Hunt | | |
| James Bird**,** | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court on Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 31, 2016 Order.

August 31, 2016

Frank G. Johns, Clerk
United States District Court